R. Duane Westrup [SBN 58610]
WESTRUP AND ASSOCIATES
444 W Ocean Blvd, Ste. 1614
Long Beach, CA 90802
Tel (866) 782-4862
Fax (562) 435-4856

Attorneys for Plaintiff,
Marisa Commerford

IN THE UNITED STATES DISTRICT COURT

IN THE STATE OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| MARISA K. COMMERFORD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SUPPA, TRUCCHI AND HENEIN LLP, a California limited partnership; MIRIAM ESCOBAR, an individual; and DOES 1 through 20, <br><br> Defendants. | Case No. 15-cv-0403-JLS-NLS <br><br> NOTICE OF DISMISSAL |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT the above-captioned proceeding is dismissed with prejudice. This proceeding may be dismissed without Court Order pursuant to Federal Rules of Civil Procedure Rule 41.

DATED: March 30, 2015                          WESTRUP AND ASSOCIATES

                                               _____
                                               R. Duane Westrup, Attorney for Plaintiff,
                                               Marisa Commerford

# PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business email address is: dcoats@westrupassociates.com, and my business address is 444 West Ocean Boulevard, Suite 1614, Long Beach, California 90802-4524.

On **March 31, 2015**, I served the following documents described as **NOTICE OF DISMISSAL**. I served the documents on all interested parties, as follows:

Teresa Trucchi
Attorney at Law
Suppa, Trucchi, and Henein LLP
3055 India Street
San Diego, California 92103
Email: **ttrucchi@hotmail.com**

The documents were served by the following means (specify):

a. [ ] **By United States Mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above. I placed the envelope for collection and mailing, following our ordinary business practice. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am employed in the county were the mailing occurred. The envelope or package was placed in the mail at Long Beach, California.

b. [ ] **By Overnight Delivery**. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at he addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

c. [X] **By e-mail or electronic transmission**. Based on a court order or an agreement

of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 31, 2015

*/s/ Dawnielle Coats*
Dawnielle Coats